No. 1835, Misc. TONGUE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States. ▊▊▊

No. 1846, Misc. GOODWIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States. ▊▊▊

No. 1865, Misc. ANDERSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States. ▊▊▊

No. 1869, Misc. AADAL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Whitman Knapp* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States. ▊▊▊

No. 1872, Misc. MARZ *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1881, Misc. ROESSLER *v.* NEW MEXICO. Ct. App. N. M. Certiorari denied. ▊▊▊

No. 1884, Misc. CHURCHWELL *v.* BECKHAM. C. A. 6th Cir. Certiorari denied.

No. 1887, Misc. GRISSOM *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.